DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  matthew.knepper@akerman.com

*Attorneys for Citibank National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DIANNE M. CORSARO,

          Plaintiff,

    vs.

BANK OF AMERICA, N.A.; CITIBANK
NATIONAL ASSOCIATION; and EQUIFAX
INFORMATION SERVICES, LLC,

Defendants.

Case No.:  2:15-cv-02155-RFB-NJK

**STIPULATION AND ORDER TO
EXTEND TIME FOR CITIBANK, N.A.
TO FILE A RESPONSIVE PLEADING TO
PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

The parties respectfully submit the following Stipulation to allow Defendant Citibank, N.A. (**Defendant**) thirty additional days from the date of entry of this order to file a responsive pleading Plaintiff Dianne Corsaro's (**Plaintiff**) first amended complaint filed on December 14, 2015.  ECF No. 8. Pursuant to Stipulation of the parties, Defendant shall have until January 25, 2016 to file a responsive pleading.   The parties enter into this stipulation in order to address current time constraints on defense counsel, and to provide additional time for the parties to reach settlement.

/ / /

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1   This is the parties' first request for an extension.

2          DATED this 21st day of December, 2015.

3

| KAZEROUNI LAW GROUP, APC | AKERMAN LLP |
|---|---|
| /S/ *Michael Kind*<br>MICHAEL KIND, ESQ.<br>Nevada Bar No 13903<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br><br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Citibank, N.A.* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:   December 28, 2015

{37031313;1}                                    2