David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| Dianne M. Corsaro, | Case No. 2:15-cv-02155-RFB-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>BANK OF AMERICA ONLY</u>** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, CITIBANK, NATIONAL ASSOCIATION, and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff Dianne M. Corsaro and Bank of America hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:                    March 6, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Matthew Knepper, Esq. |
| David H. Krieger, Esq. | Akerman, LLP |
| Nevada Bar No. 9086 | *Attorney for Defendant Bank of America* |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  __March 7th, 2016._____